UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

DERRICK L. BRYANT )
)
v. ) NO. 2:05-CV-187
)
JACK MORGAN, Warden )

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the respondent's motion to dismiss is **GRANTED** (Doc. 9); this *pro se* petition for a writ of habeas corpus, 28 U.S.C. § 2254, is **DISMISSED** (Doc. 1); and the petitioner is **DENIED** an application for a certificate of appealability ("COA"). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

Finally, the Court **CERTIFIES** that any appeal from this decision would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT